# Opening of Second Avenue in the Borough of Conshohocken. Jones's Appeal.

*Road law—Confirmation of report of viewers—Interest allowed.*

Where a landowner becomes entitled to damages for opening a street through his property, upon confirmation of the report of the jury assessing them he also becomes entitled to interest from that date.

Argued Dec. 8, 1897. Appeal, No. 86, Oct. T., 1897, by Horace C. Jones, from order and decree of Q. S. Montgomery Co., made May 24, 1897, in ordering the issuing of a writ, directed to the commissioners, commanding them to pay the amount awarded to Horace C. Jones as damages sustained by him by reason of the opening of Second avenue in the borough of Conshohocken, and in not decreeing interest to be paid upon said award. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ. Decree modified.

Rule for mandamus on county commissioners. Before WEAND, J.

The facts sufficiently appear in the report of the preceding case.

*Error assigned* was in not awarding Horace C. Jones interest upon his judgment of $4,000, the same to be computed from December 6, 1896, when the report of the jury was absolutely confirmed.

*N. H. Larzelere,* for appellant.—Interest should have been awarded on the judgment: North Whitehall v. Keller, 100 Pa. 105; Sedgley Avenue, 7 W. N. C. 1; Norris v. Phila., 70 Pa. 332.

No paper-book for appellee.

OPINION BY RICE, P. J., March 21, 1898:

We have held, in the case immediately preceding, that the petitioner was entitled to payment of his damages upon confirm-

ation of the report assessing them; and no reason has been shown to us for holding that he was not entitled to interest from that date. It is a common rule to allow interest for the detention of money after it should have been paid, and this rule was applicable here: North Whitehall v. Keller, 100 Pa. 105; Phila. v. Dyer, 41 Pa. 463; Norris v. Phila., 70 Pa. 332; Sedgeley Ave., 88 Pa. 509.

The order awarding a mandamus is modified and amended so as to include interest on the damages awarded to Horace C. Jones from December 7, 1896, the date of the confirmation absolute of the report, and as thus modified or amended the order is affirmed, the appellees to pay the costs of this appeal.